No. 03–10561. KING v. THOMPSON, WARDEN. Super. Ct. Mitchell County, Ga. Certiorari denied.

No. 03–10562. MORGAN v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY; and MORGAN v. NORTHRIDGE HOSPITAL MEDICAL CENTER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10564. RUSE v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10565. REEVES v. HAYNES, CLERK, CIRCUIT COURT, 29TH JUDICIAL DISTRICT, TALLADEGA COUNTY, ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 03–10566. SINGLETON v. SANDERS. C. A. 5th Cir. Certiorari denied.

No. 03–10567. KELLER v. HANSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–10568. EPPERSON v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10569. JACKSON v. SIMMONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10570. LANIER v. FILION, SUPERINTENDENT, COX-SACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–10571. MACIEL v. FELKINS. C. A. 5th Cir. Certiorari denied.

No. 03–10572. BAKER v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–10575. GARLAND v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 03–10579. AVERY v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.